# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JIM BASS HOLDEN,

     Plaintiff,

v.

KENNETH ROSS, et al.

     Defendants.

Case No. 3:10-cv-00337-LRH-RAM

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

AND ORDER THEREON

It is stipulated and agreed by and between Jim Bass Holden, *pro se* and Robert Huston, Curtis Rigney, and Kenneth Ross, by and through counsel, Catherine Cortez Masto, Attorney General of the State of Nevada, and Richard J. Ramos, Deputy Attorney General, that Jim Bass Holden's Civil Rights Complaint, Docket No. 8, be dismissed with prejudice

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

under Fed. R. Civ. P. 41(a)(1)(A)(ii), as the parties have reached a settlement. Each party shall bear their own attorney's fees and costs.

JIM BASS HOLDEN
Plaintiff

By: _____     Date: 12-3-10
JIM BASS HOLDEN
*pro se*

CATHERINE CORTEZ MASTO
Attorney General

By: _____     Date: 12/15/10
RICHARD J. RAMOS
Deputy Attorney General
Bureau of Public Affairs
Public Safety Division

*Attorneys for Defendants*

### ORDER FOR DISMISSAL WITH PREJUDICE

Having considered the preceding **STIPULATION FOR DISMISSAL WITH PREJUDICE**, as agreed to by the parties hereinabove, and for other GOOD CAUSE, THE COURT hereby ORDERS that this case be DISMISSED with PREJUDICE.

IT IS SO ORDERED.

DATED this 16th day of December, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE